Mutual Cutlery Company, appellee, v. American Express Company, appellant.   Gen. No. 32,360.

Opinion filed February 27, 1928.

William H. Purcell, for appellant; John H. Dolan, of counsel. James F. Hutchison and Harry C. Diamond, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Vasilios Haritos, appellant, v. Gottlieb Meinert et al., appellees. Herbert Haritos et al., appellants, v. Gottlieb Meinert et al., appellees.   Gen. Nos. 32,387 and 32,388.

Opinion filed February 27, 1928.   Rehearing denied March 12, 1928.

Morris G. Levinson and Albert G. Duncan, for appellants; Morris G. Levinson, of counsel. Wyman, Hopkins, McKeever & Colbert, for appellees; Austin L. Wyman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

John W. Talbot, appellant, v. Chicago Roller Skate Company, appellee.   Gen. No. 32,107.

Opinion filed February 27, 1928.

Henry T. Chace, Jr., for appellant. Kirkland, Patterson & Fleming, for appellee; Louis G. Caldwell, Marion B. Stahl and Allan W. Cook, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

John S. Paul, appellee, v. Joseph S. Cara, appellant.

Opinion filed February 27, 1928.

Jacob Levy, for appellant; J. M. Gwin, of counsel.   Hugh R. Porter, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.